KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN T. BRICKER (State Bar No. 269100)
GIA L. CINCONE (State Bar No. 141668)
CALLA E. YEE (State Bar No. 306652)
Two Embarcadero Center, Suite 1900
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
E-Mail:       ggilchrist@kilpatricktownsend.com
                  rbricker@kilpatricktownsend.com
                  gcincone@kilpatricktownsend.com
                  cyee@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.


GEORGE E. ROBINSON (State Bar No. 236849)
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada  89074
Telephone:  (702) 451-2055
Facsimile:  (702) 451-2077
E-Mail:       george@sterlingkerrlaw.com

Attorneys for Defendant
NANAL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. 3:18-cv-03240-WHO |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT NANAL, INC.; ORDER** |
| v. | |
| DORSAZ, INC. and NANAL, INC., | |
| Defendants. | Complaint filed May 31, 2018<br>Judge:  Honorable William H. Orrick |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in light of the settlement of all

matters in controversy between Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant Nanal, Inc.

("Nanal"), LS&Co. and Nanal hereby jointly stipulate to dismissal without prejudice of all claims in

/ / /

this action asserted by LS&Co. against Nanal, and thereby move for an order dismissing Nanal from this action, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 12, 2018

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____ /s/ *Ryan T. Bricker* _____
Ryan T. Bricker

Attorneys for Plaintiff
LEVI STRAUSS & CO.

Dated: December 12, 2018

LAW OFFICES OF P. STERLING KERR

By: _____ /s/ *George E. Robinson* _____
George E. Robinson

Attorneys for Defendant
NANAL, INC.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatory.

_____ /s/ *Ryan T. Bricker* _____
Ryan T. Bricker

**ORDER**

Pursuant to stipulation, IT IS ORDERED that all claims asserted by Plaintiff Levi Strauss & Co. against Defendant Nanal, Inc., are hereby dismissed without prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated:  December 12, 2018

_____
William H. Orrick
United States District Judge

71340684V.1